```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 42143
   MONICA D CLARK
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3799

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/12/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/08/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
WELLS FARGO BANK      CURRENT MORTG     31707.88           .00         31707.88
WELLS FARGO BANK      MORTGAGE ARRE     10077.34           .00         10077.34
DAIMLER CHRYSLER FINANCI SECURED          750.23         94.99           750.23
RESURGENT ACQUISITION LL UNSECURED           .00           .00              .00
OCWEN FEDERAL BANK    NOTICE ONLY     NOT FILED           .00              .00
MARTIN J OHEARN       DEBTOR ATTY       2,200.00                       2,200.00
TOM VAUGHN            TRUSTEE                                          2,540.50
DEBTOR REFUND         REFUND                                             429.80

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             47,800.74

PRIORITY                                       .00
SECURED                                  42,535.45
    INTEREST                                 94.99
UNSECURED                                      .00
ADMINISTRATIVE                            2,200.00
TRUSTEE COMPENSATION                      2,540.50
DEBTOR REFUND                               429.80
                    --------------      --------------
TOTALS              47,800.74            47,800.74



            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 42143 MONICA D CLARK
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE